## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CHEMICAL TOXIN WORKING GROUP INC., d/b/a HEALTHYLIVING FOUNDATION,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.,**<br><br>    **Defendants.** | **Case No. 1:22-cv-1259-RCL** |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion [10] to Remand to the Superior Court of the District of

Columbia is **DENIED**.

   **IT IS SO ORDERED.**


Date: March 24, 2023

Royce C. Lamberth
United States District Judge

1