UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEMICAL TOXIN WORKING GROUP INC., d/b/a HEALTHYLIVING FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.,<br><br>    Defendants. | Case No. 1:22-cv-1259-RCL |

## SCHEDULING ORDER

In consideration of the parties' Joint Meet and Confer Statement [40], it is hereby

**ORDERED** that the litigation shall proceed according to the following deadlines:

| | |
|---|---|
| Joinder and Amended Pleadings due | June 3, 2023 |
| Deadline for the parties to complete fact discovery on issues relating to class certification | September 1, 2023 |
| Deadline for plaintiff to file motion for class certification and serve class certification-related expert reports | September 21, 2023 |
| Deadline for defendants to serve class certification-related expert reports and opposition to motion for class certification | November 20, 2023 |
| Deadline for plaintiff to file reply in support of class certification | January 19, 2024 |
| Alternative Dispute Resolution deadline | 30 days following a ruling on Plaintiff's Motion for Class Certification |

**IT IS SO ORDERED.**

Date: May 16, 2023

_____
Royce C. Lamberth
United States District Judge

1