UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEMICAL TOXIN WORKING GROUP INC.** ) <br> **DBA HEALTHYLIVING FOUNDATION INC.**, ) <br> On behalf of themselves and all others ) <br> similarly situated, as defined herein, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> **JOHNSON & JOHNSON**, ) <br> ) <br> and ) <br> ) <br> **Johnson & Johnson Consumer Inc.** ) <br> ) <br> *Defendants.* ) | Case No. **1:22-cv-01259-RCL** |

## NOTICE REGARDING DISCOVERY

I HEREBY CERTIFY that on this 25th day of May, 2023, my co-counsel Blair E. Reed served on counsel for Defendants via electronic mail (1) Plaintiff's First Set of Requests for Production of Documents, and (2) this Notice, and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Dated: <u>May 25, 2023</u>

                                                              Respectfully submitted,

                                                              <u>/s/ Julie T. Oliver-Zhang</u>
                                                              Julie Oliver-Zhang, *Esq*. (D.C. Bar No. 997183)
                                                              **Oliver-Zhang Law, PLLC**
                                                              810 New Hampshire Ave. NW
                                                              Washington, DC 20037
                                                               Phone: (202) 643-1110
                                                              Fax: (202) 643-1596

Email: julie@oliverzhanglaw.com
*Lead Counsel for Plaintiff HLF*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (Admitted Pro Hac Vice)
Kathleen A. Herkenhoff (Admitted Pro Hac Vice)
Matthew B. George (Admitted Pro Hac Vice)
Blair E. Reed (Admitted Pro Hac Vice)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415/772-4700
415/772-4707 (fax)
lking@kaplanfox.com
kherkenhoff@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com

**POULSEN LAW P.C.**
Aida Poulsen (Pro Hac Vice pending)
282 11th Avenue, Suite 2612
New York, NY 10001
Telephone: (650) 296-1014
Email: ap@poulsenlaw.org

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, a copy of the foregoing was served via electronic mail and the court's electronic filing system on all counsel of record:

Anthony T. Pierce (D.C. Bar No. 415263)
Miranda A. Dore (D.C. Bar No. 1617089)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW Washington, D.C. 20006
Telephone: (202) 887-4000
apierce@akingump.com
mdore@akingump.com

Steven A. Zalesin (Admitted Pro Hac Vice)
Joshua Kipnees (Admitted Pro Hac Vice)
George Soussou (Admitted Pro Hac Vice)
Gautam Rao (Admitted Pro Hac Vice)
Jonah Knobler (Admitted Pro Hac Vice)

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2110
sazalesin@pbwt.com
jknobler@pbwt.com
jkipnees@pbwt.com
gsoussou@pbwt.com
grao@pbwt.com
Attorneys for Defendants

/s/ Julie T. Oliver-Zhang
Julie Oliver-Zhang, *Esq*. (D.C. Bar No. 997183)
**Oliver-Zhang Law, PLLC**
810 New Hampshire Ave. NW
Washington, DC 20037
Phone: (202) 643-1110
Fax: (202) 643-1596
Email: julie@oliverzhanglaw.com
*Lead Counsel for Plaintiff HLF*