UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHEMICAL TOXIN WORKING GROUP INC.** )
**DBA HEALTHYLIVING FOUNDATION INC.,** )
On behalf of themselves and all others )
similarly situated

      *Plaintiff,* )

v. )    Case No. **1:22-cv-01259-RCL**

**JOHNSON & JOHNSON,** )

and )

**JOHNSON & JOHNSON CONSUMER INC.** )

      *Defendants.* )

**ORDER**

**UPON CONSIDERATION** of the parties' Joint Motion to Modify the Scheduling Order, it is hereby **ORDERED** this _7th_ day of _Aug_, 2023 that the Motion is **GRANTED**;

**IT IS THEREFORE ORDERED** that the Scheduling Order is amended as follows:

| Event: | Previous Deadline | New Deadline: |
|---|---|---|
| Joinder and Amended Pleadings Due: | June 3, 2023 | N/A |
| Deadline for the parties to complete fact discovery on issues relating to class certification: | September 1, 2023 | October 31, 2023 |
| Deadline for plaintiff to file motion for class certification and serve class certification-related expert reports: | September 21, 2023 | November 20, 2023 |
| Deadline for defendants to serve class certification-related expert reports and opposition to motion for class certification: | November 20, 2023 | January 19, 2024 |
| Deadline for plaintiff to file reply in support of class certification: | January 19, 2023 | March 19, 2024 |
| Alternative Dispute Resolution deadline: | | 30 days following a ruling on Plaintiffs Motion for |

Class Certification

_____
Honorable Judge Royce C. Lamberth
United States District Court for the District of Columbia

Dated: 8/7/23

Copies to:

Julie Oliver-Zhang, *Esq.* (D.C. Bar No. 997183)
**Oliver-Zhang Law, PLLC**
810 New Hampshire Ave. NW
Washington, DC 20037
Phone: (202) 643-1110
Fax: (202) 643-1596
Email: julie@oliverzhanglaw.com
    *Lead Counsel for Plaintiff HLF*

**KAPLAN FOX & KILSHEIMER LLP**

Laurence D. King (Admitted Pro Hac Vice)

Kathleen A. Herkenhoff (Admitted Pro Hac Vice)
Matthew B. George (Admitted Pro Hac Vice)
Blair E. Reed (Admitted Pro Hac Vice)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415/772-4700
415/772-4707 (fax)
lking@kaplanfox.com
kherkenhoff@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com

**POULSEN LAW P.C.**
Aida Poulsen (Pro Hac Vice pending)
282 11th Avenue, Suite 2612
New York, NY 10001
Telephone: (650) 296-1014
Email: ap@poulsenlaw.org
*Attorneys for Plaintiff and the Proposed Class*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Anthony T. Pierce (D.C. Bar No. 415263)

Miranda A. Dore (D.C. Bar No. 1617089)
2001 K Street, NW Washington, D.C. 20006
Telephone: (202) 887-4000
apierce@akingump.com
mdore@akingump.com

**PATTERSON BELKNAP WEBB & TYLER LLP**
Steven A. Zalesin (Admitted Pro Hac Vice)
Joshua Kipnees (Admitted Pro Hac Vice)
George Soussou (Admitted Pro Hac Vice)
Gautam Rao (Admitted Pro Hac Vice)
Jonah Knobler (Admitted Pro Hac Vice)
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2110
sazalesin@pbwt.com
jknobler@pbwt.com
jkipnees@pbwt.com
gsoussou@pbwt.com
grao@pbwt.com
*Attorneys for Defendants*