UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHEMICAL TOXIN WORKING GROUP INC. )
DBA HEALTHYLIVING FOUNDATION INC., )
On behalf of themselves and all others )
similarly situated )
)
*Plaintiff,* )
)
v. )   Case No. **1:22-cv-01259-RCL**
)
**JOHNSON & JOHNSON,** )
)
and )
)
**JOHNSON & JOHNSON CONSUMER INC.** )
)
*Defendants.* )

### [PROPOSED] ORDER

**UPON CONSIDERATION** of Plaintiff's Consent Motion to Modify the Scheduling Order, it is hereby **ORDERED** this 30th day of Oct., 2023 that the Motion is **GRANTED**;

**IT IS THEREFORE ORDERED** that the Scheduling Order is amended as follows:

| Event: | Previous Deadline | New Deadline: |
|---|---|---|
| Deadline for the parties to complete fact discovery on issues relating to class certification: | October 31, 2023 | January 31, 2024 |
| Deadline for plaintiff to file motion for class certification and serve class certification-related expert reports: | November 20, 2023 | February 20, 2024 |
| Deadline for defendants to serve class certification-related expert reports and opposition to motion for class certification: | January 19, 2023 | April 19, 2024 |
| Deadline for plaintiff to file reply in support of class certification: | March 19, 2024 | June 19, 2024 |
| Alternative Dispute Resolution deadline: | | 30 days following a ruling |

on Plaintiffs Motion for
Class Certification

*[signature]*

Honorable Judge Royce C. Lamberth
United States District Court for the District of Columbia

Dated: 10/30/23

Copies to:

Julie Oliver-Zhang, *Esq*. (D.C. Bar No. 997183)
**Oliver-Zhang Law, PLLC**
810 New Hampshire Ave. NW
Washington, DC 20037
Phone: (202) 643-1110
Fax: (202) 643-1596
Email: julie@oliverzhanglaw.com
*Lead Counsel for Plaintiff HLF*


**POULSEN LAW P.C.**
Aida Poulsen (Admitted Pro Hac Vice)
Peter T. Sato (Admitted Pro Hac Vice)
282 11th Avenue, Suite 2612
New York, NY 10001
Telephone: (650) 296-1014
Email: ap@poulsenlaw.org
*Attorneys for Plaintiff and the Proposed Class*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Anthony T. Pierce (D.C. Bar No. 415263)
Miranda A. Dore (D.C. Bar No. 1617089)
2001 K Street, NW Washington, D.C. 20006
Telephone: (202) 887-4000
apierce@akingump.com
mdore@akingump.com


**PATTERSON BELKNAP WEBB & TYLER LLP**
Steven A. Zalesin (Admitted Pro Hac Vice)
Joshua Kipnees (Admitted Pro Hac Vice)
George Soussou (Admitted Pro Hac Vice)
1133 Avenue of the Americas
New York, New York 10036

Telephone: (212) 336-2110
sazalesin@pbwt.com
jkipnees@pbwt.com
gsoussou@pbwt.com
*Attorneys for Defendants*