UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEMICAL TOXIN WORKING GROUP INC.** ) <br> **DBA HEALTHYLIVING FOUNDATION INC.**, ) <br> On behalf of themselves and all others ) <br> similarly situated ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> **JOHNSON & JOHNSON**, ) <br> ) <br> and ) <br> ) <br> **JOHNSON & JOHNSON CONSUMER INC.** ) <br> ) <br> *Defendants.* ) | Case No. **1:22-cv-01259-RCL** |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiff Chemical Toxin Working Group Inc. dba HealthyLivinG Foundation Inc. ("HLF" or "Plaintiff"), on behalf of themselves and all others similarly situated, and the general public, and Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("JJCI") (collectively "Defendants"), through undersigned counsel, pursuant to Federal Rules of Civil Procedure 16(b)(4) and LCvR 16.4(a), hereby move the Court to modify the scheduling order, and state as follows:

1. On October 30, 2023, upon granting Plaintiff's Consent Motion to Modify the Scheduling Order, the Court entered a scheduling order ("October 30, 2023 Scheduling Order") in this action prescribing deadlines by which the Plaintiff and Defendants (hereinafter collectively referred to as the "Parties") must complete fact discovery on issues relating to class certification,

1

file a motion for class certification, and submit class certification-related expert reports, among other deadlines. *See* ECF No. 59.

2.     The Parties have served 30(b)(6) deposition notices, and an extension of the Scheduling Order will accommodate appropriate scheduling of those depositions. Plaintiff HLF served its Notice of Partial Rule 30(b)(6) Deposition of Johnson & Johnson Consumer Inc. Corporate Designee ("Plaintiff's 30(b)(6) Notice") upon Defendant JJCI on January 2, 2024, and JJCI served responses and objections on January 29, 2024. On January 18, 2024, Defendant JJCI served upon Plaintiff HLF its Notice of Deposition of Plaintiff Chemical Toxin Working Group Inc. D/B/A/ Healthyliving Foundation Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6).

3.     On February 12, 2024, the Parties met-and-conferred regarding JJCI's objections to topics in Plaintiff's 30(b)(6) Notice and scheduled the 30(b)(6) depositions. The Parties anticipate that the depositions will be completed in March. Accordingly, the Parties have agreed to request a limited extension of certain deadlines in the October 30, 2023 Scheduling Order by thirty (30) days to accommodate the Parties' 30(b)(6) depositions on topics that are relevant to class certification.

4.     The Parties have accordingly conferred and agreed to request that the Court modify the following deadlines in the October 30, 2023 Scheduling Order and extend the Parties' deadlines, by thirty (30) days as follows:

| Event: | Previous Deadline | New Deadline: |
|---|---|---|
| Deadline for plaintiff to file motion for class certification and serve class certification-related expert reports: | February 20, 2024 | March 21, 2024 |

2

| | | |
|---|---|---|
| Deadline for defendants to serve class certification-related expert reports and opposition to motion for class certification: | April 19, 2024 | May 20, 2024 |
| Deadline for plaintiff to file reply in support of class certification: | June 19, 2024 | July 19, 2024 |
| Alternative Dispute Resolution deadline: | | 30 days following a ruling on Plaintiffs Motion for Class Certification |

5.  A proposed order has been submitted concurrently with this motion.

**WHEREFORE**, for good cause shown, the Parties respectfully request that the Honorable Court grant the Joint Motion to Modify the Scheduling Order and extend the Parties' deadlines by thirty (30) days, as set forth above.

Dated: <u>February 13, 2024</u>

Respectfully submitted,

<u>/s/ Julie T. Oliver-Zhang</u>
Julie Oliver-Zhang, *Esq*. (D.C. Bar No. 997183)
**Oliver-Zhang Law, PLLC**
810 New Hampshire Ave. NW
Washington, DC 20037
Phone: (202) 643-1110
Fax: (202) 643-1596
Email: julie@oliverzhanglaw.com

**Lead Counsel for Plaintiff HLF**

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King, *pro hac vice*
Matthew B. George, *pro hac vice*
Blair E. Reed, *pro hac vice*
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone:  (415) 772-4700
Email:  *lking@kaplanfox.com*
          *mgeorge@kaplanfox.com*

3

*breed@kaplanfox.com*

**POULSEN LAW P.C.**
Aida Poulsen (Pro Hac Vice)
Peter T. Sato (Pro Hac Vice)
282 11th Avenue, Suite 2612
New York, NY 10001
Telephone: (650) 296-1014
Email: ap@poulsenlaw.org
Email: ps@poulsenlaw.org
*Attorneys for Plaintiff and the Proposed Class*


*/s/ Joshua Kipnees_____*
Joshua Kipnees (Admitted Pro Hac Vice)
Steven A. Zalesin (Admitted Pro Hac Vice)
George Soussou (Admitted Pro Hac Vice)
Madeline More (Admitted Pro Hac Vice)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2110
sazalesin@pbwt.com
jkipnees@pbwt.com
gsoussou@pbwt.com
mmore@pbwt.com
*Attorneys for Defendants*


Anthony T. Pierce (D.C. Bar No. 415263)
Miranda A. Dore (D.C. Bar No. 1617089)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW Washington, D.C. 20006
Telephone: (202) 887-4000
apierce@akingump.com
mdore@akingump.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, a copy of the foregoing was served via electronic mail (per agreement between the parties) and the court's electronic filing system on all counsel of record:

Anthony T. Pierce (D.C. Bar No. 415263)
Miranda A. Dore (D.C. Bar No. 1617089)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW Washington, D.C. 20006
Telephone: (202) 887-4000
apierce@akingump.com
mdore@akingump.com

Steven A. Zalesin (Admitted Pro Hac Vice)
Joshua Kipnees (Admitted Pro Hac Vice)
George Soussou (Admitted Pro Hac Vice)
Madeline More (Admitted Pro Hac Vice)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2110
sazalesin@pbwt.com
jkipnees@pbwt.com
gsoussou@pbwt.com
mmore@pbwt.com
*Attorneys for Defendants*

*/s/ Julie T. Oliver-Zhang*

Julie Oliver-Zhang, Esq.