# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEMICAL TOXIN WORKING GROUP INC., d/b/a HEALTHYLIVING FOUNDATION INC., on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-v.-<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.,<br><br>Defendants. | Civil Action No. 1:22-cv-1259-RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), between Plaintiff Chemical Toxin Working Group Inc., d/b/a HealthyLivinG Foundation Inc., on behalf of themselves and all others similarly situated, and Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., through their undersigned attorneys, that the above-captioned action is dismissed with prejudice in its entirety and without attorneys' fees or costs to either party.

Dated: June 5, 2024

Respectfully submitted,

| | |
|---|---|
|    /s/ Steven A. Zalesin |    /s/ Julie T. Oliver-Zhang |

Steven A. Zalesin (Admitted *Pro Hac Vice*)  
Joshua Kipnees (Admitted *Pro Hac Vice*)  
George S. Soussou (Admitted *Pro Hac Vice*)  
Madeline J. More (Admitted *Pro Hac Vice*)  
**PATTERSON BELKNAP WEBB & TYLER LLP**  
1133 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 336-2110  
sazalesin@pbwt.com  
jkipnees@pbwt.com  
gsoussou@pbwt.com  
mmore@pbwt.com  

Anthony T. Pierce (D.C. Bar No. 415263)  
Miranda A. Dore (D.C. Bar No. 1617089)  
**AKIN GUMP STRAUSS HAUER & FELD LLP**  
2001 K Street, NW  
Washington, DC 20006  
Telephone: (202) 887-4000  
apierce@akingump.com  
mdore@akingump.com  
*Attorneys for Defendants*

Julie Oliver-Zhang (D.C. Bar No. 997183)  
**Oliver-Zhang Law, PLLC**  
810 New Hampshire Ave. NW  
Washington, DC 20037  
Telephone: (202) 643-1110  
Fax: (202) 643-1596  
Email: julie@oliverzhanglaw.com  

*Lead Counsel for Plaintiff HLF*

**KAPLAN FOX & KILSHEIMER LLP**  
Laurence D. King, *pro hac vice*  
Matthew B. George, *pro hac vice*  
Blair E. Reed, *pro hac vice*  
1999 Harrison Street, Suite 1560  
Oakland, CA 94612  
Telephone: (415) 772-4700  
Email: lking@kaplanfox.com  
       mgeorge@kaplanfox.com  
       breed@kaplanfox.com  

**POULSEN LAW P.C.**  
Aida Poulsen (Pro Hac Vice)  
Peter T. Sato (Pro Hac Vice)  
282 11th Avenue, Suite 2612  
New York, NY 10001  
Telephone: (650) 296-1014  
Email: ap@poulsenlaw.com  
Email: ps@poulsenlaw.org  

*Attorneys for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record:

Anthony T. Pierce (D.C. Bar No. 415263)
Miranda A. Dore (D.C. Bar No. 1617089)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW Washington, D.C. 20006
Telephone: (202) 887-4000
apierce@akingump.com
mdore@akingump.com

Steven A. Zalesin (Admitted Pro Hac Vice)
Joshua Kipnees (Admitted Pro Hac Vice)
George Soussou (Admitted Pro Hac Vice)
Madeline More (Admitted Pro Hac Vice)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2110
sazalesin@pbwt.com
jkipnees@pbwt.com
gsoussou@pbwt.com
mmore@pbwt.com
*Attorneys for Defendants*

*/s/ Julie T. Oliver-Zhang*
Julie Oliver-Zhang, Esq.